Justice STEVENS,
concurring.
I write separately to express my concern that the current procedure for promotion of civil service employees, provided for by the existing language of Philadelphia’s Home Rule Charter and Civil Service Regulations, does not serve to maintain objectivity in the promotion process, but instead enables the very manipulation of the process that the civil *260 service system was intended to prevent. Re-crafting the Home Rule Charter and the Civil Service Regulations to better prevent the potential for such abuse is not the function of this Court, however. Instead, we must apply the terms of those documents, as written.
The Majority Opinion has accomplished this, and I concur in the result reached by the Majority, which affirms the order of the Commonwealth Court reversing the Court of Common Pleas’ grant of mandamus relief to the Philadelphia Firefighters’ Union.